# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 11, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134670

LATIF Z. ORAM a/k/a RANDY Z. ORAM,
　　　　Plaintiff/Counter-Defendant/
　　　　Counter-Plaintiff-Appellant,

and

O.B. PROPERITES LIMITED PARTNERSHIP,
　　　　Plaintiff/Counter-Defendant/
　　　　Counter-Plaintiff/Third-Party
　　　　Defendant,

and

O. B. PROPERTIES and JAM SOUND
SPECIALIST, INC.,
　　　　Plaintiffs/Counter-Defendants/
　　　　Counter-Plaintiffs/Third-Party
　　　　Plaintiffs,

v

JOHN ORAM and GARY ORAM,
　　　　Defendants/Counter-Plaintiffs/
　　　　Counter-Defendants-Appellees,

and

INTERNATIONAL OUTDOOR, INC., VISION
PROPERTIES, INC., DISCOUNT PAGING
COMPANY, INC., and FUTURE VISION
PROPERTIES, LLC,
　　　　Third-Party Defendants,

and

ARMAND VELARDO, S. HADDAD, and
BRADLEY LAMBERT,
　　　　Intervening Plaintiffs,

and

SC:  134670
COA:  267077
Oakland CC:  2002-039499-CK

HARRY CENDROWSKI,
          Intervening Plaintiff-Appellee.
_____/

On order of the Court, the application for leave to appeal the May 22, 2007 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(G)(1). At oral argument, the parties shall address whether the circuit court properly imposed the sanction of dismissal with prejudice and whether the dismissal order was a "verdict" as defined in MCR 2.403(O)(4) for purposes of ordering case evaluation sanctions. The parties may file supplemental briefs within 42 days of the date of this order, but they should not submit mere restatements of their application papers.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 11, 2008                    _____
                                            Clerk

s0108